THE PEOPLE OF THE STATE OF NEW YORK ex rel. RITA SCOTTE, Respondent, v.

THE SUPERINTENDENT OF THE NEW YORK STATE REFORMATORY AT BEDFORD HILLS, N. Y., Appellant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Rich, Young, Hagarty and Carswell, JJ.